UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MALIBU MEDIA, LLC,            CASE NO. 14-80380-CIV-DIMITROULEAS

     Plaintiff,

vs.

JOHN DOE subscriber assigned I Paddress
50.143.17.54,

     Defendant.
_____/

**ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH
RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

THIS CAUSE is before the Court sua sponte.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the summons and complaint on the defendant within 120 days after filing the complaint. Plaintiff filed his Complaint on March 18, 2014 yet there is no indication that he has served the Defendant. The time period for Plaintiff to serve Defendant expired on July 16, 2014.

Accordingly, it is ORDERED AND ADJUDGED that on or before July 28, 2014 Plaintiff shall either perfect service upon the Defendant, show that service has already been made, or show good cause why service has not been perfected. Failure to timely respond will result in immediate dismissal of the action.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of July, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record